BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1940
 Fax: (916) 324-5205

Attorneys for Defendants Davis, Carey,
Papac, Marshall and Padilla
CF2001CX0040

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CHARLES E. JACKSON,** | CASE NO. CV-F-98-5723 AWI LJO |
| Plaintiff, | **JOINT STIPULATION TO EXTEND THE DATES SET BY THE SCHEDULING ORDER FILED MARCH 30, 2005; ORDER** |
| v. | |
| **TOM L. CAREY, et al.,** | |
| Defendants. | |

The parties hereby stipulate to extending the deadlines set by this Court's Scheduling Order filed March 30, 2005. The parties stipulate to an extension of time of 30 days for all pending deadlines.

This Court's Scheduling Order dated March 30, 2005, set the following dates: Discovery Cut-off date of October 7, 2005; Deadline to Amend Pleadings, November 7, 2005; and Dispositive Motion Deadline, December 7, 2005. No trial date has been set. The Scheduling Order also states that "a request for an extension of a deadline set in this order must be filed on or

1  before the expiration of the deadline in question" and "extensions of time will only be granted on
2  a showing of good cause."
3      Both parties have diligently engaged in discovery and intended to complete the
4  discovery process by the scheduled deadline.  However, the parties have been unable to resolve
5  all outstanding discovery matters and need additional time to do so.  The parties anticipate that an
6  additional thirty days will be sufficient to complete discovery.
7      The parties also anticipate that if the Discovery Cut-off date is extended, they will need
8  additional time to meet the deadline to amend the pleadings and the dispositive motions deadline.
9  For this reason, the parties also stipulate to extending those deadlines as well.
10     Accordingly, the parties stipulate to the following:  (1) Extending the Discovery Cut-
11 off date to November 6, 2005; (2)  Extending the Deadline to Amend the Pleadings to
12 December 6, 2005; and (3) Extending the Dispositive Motions Deadline to January 6, 2005.
13     **IT IS SO STIPULATED.**

15 Dated:   October 7, 2005

  */s/ Maria G. Chan*
  _____
  MARIA G. CHAN
  Deputy Attorney General
  Attorney for Defendants

19 Dated:  October 7, 2005

  */s/Alison E. Chase*
  _____
  ALISON E. CHASE
  O'Melveny & Myers LLP
  Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:    October 13, 2005**          _____/s/ Lawrence J. O'Neill_____
b9ed48                                  UNITED STATES MAGISTRATE JUDGE

*Joint Stipulation to Extend the Dates Set by the Scheduling Order Filed March 30, 2005; [Proposed] Order*
2