UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD JACKSON,<br><br>  Plaintiff,<br><br>  v.<br><br>TOM CAREY, et. al.,<br><br>  Defendants.<br>_____/ | CV F 98 5723 AWI LJO P<br><br>ORDER VACATING HEARING ON MOTION TO COMPEL SET FOR DECEMBER 23, 2005, 8:30 a.m. |

    Charles Edward Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On November 7, 2005, Plaintiff filed a "Notice of Motion and Motion to Compel Production of Documents," specifically Requests for Production of Documents Nos. 1, 6, and 8. Plaintiff set the matter for hearing before the undersigned on December 23, 2005, at 8:30 a.m. The Court has determined that the issues are suitable for resolution without oral argument. Accordingly, pursuant to Local Rule 78-230(h), the Court VACATES the hearing date set for December 23, 2005, and ORDERS that the Motion be submitted on the pleadings.

IT IS SO ORDERED.

**Dated:   December 14, 2005**             **/s/ Lawrence J. O'Neill**
b9ed48                                                  UNITED STATES MAGISTRATE JUDGE

1