BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1940
 Fax: (916) 324-5205

Attorneys for Defendants Carey, Davis, Marshall,
Padilla, and Papac,
CF2001CX0040

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CHARLES E. JACKSON,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**TOM L. CAREY, et al.,**<br><br>                                    Defendants. | NO. CV-1:98-5723 AWI LJO<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE DISPOSITIVE MOTION DEADLINE** |

The parties hereby stipulate to extending the dispositive motion deadline. The parties previously stipulated to extending the dispositive motion deadline from December 7, 2005 to January 6, 2006. On October 13, 2005, the Court signed the stipulation.

The parties hereby stipulate to a second extension of time to file dispositive motions. By this stipulation, the parties seek a 45 day extension of time to and including February 20, 2006 to file dispositive motions.

///

This stipulation is based on the fact that there are outstanding discovery matters which the parties are attempting to resolve. The stipulation also takes into the account the work commitments and other case deadlines of counsel for Plaintiff and counsel for Defendants.

Accordingly, the parties stipulate extending the dispositive motions deadline to February 20, 2006.

**IT IS SO STIPULATED.**

Dated:    December 28, 2005              */s/ Maria G. Chan*
                                         MARIA G. CHAN
                                         Deputy Attorney General
                                         Attorney for Defendants


Dated:  December 28, 2005                */s/ Alison E. Chase*
                                         ALISON E. CHASE
                                         O'Melveny & Myers LLP
                                         Attorney for Plaintiff


IT IS SO ORDERED.

**Dated:    January 10, 2006**           **/s/ Lawrence J. O'Neill**
b9ed48                                   UNITED STATES MAGISTRATE JUDGE

*Joint Stipulation and Order to Extend the Dispositive Motion Deadline*
2