# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD JACKSON,<br><br>                Plaintiff,<br><br>       v.<br><br>TOM CAREY, et. al.,<br><br>                Defendants._____/ | CV F 98 5723 AWI LJO P<br><br>ORDER VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT/MOTION TO DISMISS SET FOR MARCH 24, 2006 (Doc. 141.) |

    Charles Edward Jackson ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On February 21, 2006, Defendants filed a Motion for Summary Judgment and Motion to Dismiss the Complaint on the basis of Plaintiff's alleged failure to exhaust administrative remedies. Defendant noticed the Motion on the calendar of the undersigned for March 24, 2006, at 8:30 a.m. However, pursuant to Local Rule 78-230(m) "all motions . . . filed in cases wherein one party is incarcerated and proceeding in propria persona, shall be submitted upon the record and without oral argument unless otherwise ordered." Local Rule 78-230(m). While Plaintiff is now represented by counsel, it is this Court's practice to apply the provision of Local Rule 78-230(m) to all prisoner cases regardless of whether the Plaintiff is now represented by counsel or has been released from custody. Should the Court find the presence of the parties necessary for

1 the purposes of a hearing, it shall so order. Accordingly, the Court exercises its discretion to
2 continue to apply the Rule 78-230(m) to this case and all Motion SHALL be submitted on the
3 pleadings unless otherwise ordered.
4      Accordingly, the Court HEREBY ORDERS:
5      1.    The hearing noticed on the Motion calendar for March 24, 2006, is VACATED.
6      The Court will resolve the Motion for Summary Judgment and Motion to Dismiss in due
7 course.
8 IT IS SO ORDERED.
9 **Dated:**   **February 27, 2006**                    **/s/ Lawrence J. O'Neill**
   b9ed48                                                    UNITED STATES MAGISTRATE JUDGE