UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JACKSON,<br><br>        Plaintiff,<br><br>  v.<br><br>CAREY, et. al.,<br><br>        Defendants.                      / | CV F   99-5723 AWI LJO P<br><br>ORDER GRANTING MOTION AND STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND REPLY TO OPPOSITION (Doc. 144.) |

On March 7, 2006, the parties filed a stipulation to extend the deadlines for the filing of an Opposition to Defendants' Motion for Summary Judgment and Reply to the Opposition. In light of the filed stipulation by the Parties, the Court HEREBY ORDERS:

1. The Request to Extend the Deadlines is GRANTED;

2. Plaintiff's Opposition to the Motion for Summary Judgment is DUE April 28, 2006;

3. Defendants Carey, et al.'s Reply to the Opposition is DUE May 5, 2006.

IT IS SO ORDERED.

**Dated:    March 8, 2006**                    /s/ Lawrence J. O'Neill
b9ed48                                         UNITED STATES MAGISTRATE JUDGE