# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD JACKSON, | CV F 98 5723 AWI LJO P |
| Plaintiff, | |
| v. | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (Doc. 146) |
| TOM CAREY, et. al., | |
| Defendants. | |
| _____/ | |

Plaintiff has filed a stipulated request for an extension of time to file an opposition to Defendants' Motion for Summary Judgment, up to and including April 28, 2006 and a stipulated request that the time in which Defendants Carey, et al., may file their reply to Plaintiff's opposition to Defendants' Motion for Summary Judgment be extended up to and including May 5, 2006. The Court, after considering Plaintiff's request and good cause appearing, hereby grants Plaintiff's request.

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time, up to and including April 28, 2006, to file an opposition to Defendants' Motion for Summary

Judgment, is GRANTED, and that Defendants Carey, et al.'s request to extend their time up to and including May 5, 2006, to file their reply to Plaintiff's opposition to Defendants' Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED.

**Dated:    April 21, 2006**              _____/s/ Lawrence J. O'Neill_____
b9ed48                                   UNITED STATES MAGISTRATE JUDGE