# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD JACKSON, | CV F 98 5723 AWI LJO P |
| Plaintiff, | ORDER TO DISREGARD ORDER ISSUED APRIL 24, 2006 (Doc. 147) |
| v. | |
| TOM CAREY, et. al., | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (Doc. 146) |
| Defendants. | |

On April 20, 2006, the parties filed a stipulated request to extend the time for Plaintiff to file an Opposition to Defendants' Motion for Summary Judgment, up to and including May 29, 2006 and also extend the time for Defendant's to file a Reply to the Opposition to Defendant's Motion for Summary Judgment be extended up to and including June 12, 2006.  The Court issued an Order on April 24, 2006, granting the request, however, the dates set forth in the Order were incorrect.  Thus, the Court asked that the order be disregarded.  After considering the stipulated request and for good cause appearing, the Court HEREBY ORDERS:

   1.   The Order issued April 24, 2006, extending the deadlines to April and May

1

respectively, is DISREGARDED;

2. Plaintiff's request for an extension of time, up to and including May 29, 2006, to file an opposition to Defendants' Motion for Summary Judgment, is GRANTED; and

3. Defendant's request to extend their time up to and including June 12, 2006, to file a Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED.

**Dated:   April 24, 2006**            /s/ Lawrence J. O'Neill
b9ed48                          UNITED STATES MAGISTRATE JUDGE