1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ALVIN GITTISRIBOONGUL
   Supervising Deputy Attorney General
5  MARIA G. CHAN, State Bar No. 192130
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 323-1940
8   Fax:  (916) 324-5205

9  Attorneys for Defendants Davis, Carey,
   Papac, Marshall and Padilla
10 CF2001CX0040

11

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE EASTERN DISTRICT OF CALIFORNIA

14                       FRESNO DIVISION

15

16 **CHARLES E. JACKSON,**                    CASE NO. 1:98-cv-05723 AWI LJO

17                              Plaintiff,    **STIPULATION AND [ORDER**
                                              **EXTENDING DEADLINE TO FILE**
18      **v.**                                **A REPLY TO PLAINTIFF'S**
                                              **OPPOSITION TO DEFENDANTS'**
19 **TOM L. CAREY, et al.,**                  **MOTION FOR SUMMARY**
                                              **JUDGMENT**
20                             Defendants.

21

22          The parties hereby stipulate to a second extension of the deadline for filing a reply to

23 Plaintiff's opposition to Defendants' motion for summary judgment.  The stipulation is based on

24 the following:

25          On February 22, 2006, Defendants filed a motion for summary judgment.  The parties

26 stipulated to, and this Court granted, two extensions of time for Plaintiff to file an opposition to

27 the motion for summary judgment.  Plaintiff timely filed an opposition to the motion for

28 summary judgment on May 30, 2006.  Defendants' reply was due on June 12, 2006.  On June 6,

1  2006, the parties stipulated to a fifteen-day extension for Defendants to file a reply.  The Court

2  granted the extension, thereby making the reply due on June 27, 2006.

3          Defendants seek an additional seven days to file a reply.  Defense counsel, Deputy

4  Attorney General Maria Chan, recently moved to the habeas team, which was short staffed, and

5  has been taking on numerous habeas cases.  While taking on additional habeas litigation, counsel

6  has been wrapping up work on numerous civil cases which will be re-assigned to other attorneys

7  on the civil teams in the Correctional Law Section[1].  The instant case is one of the last civil cases

8  counsel has left.  As a result, counsel has been unable to prepare the reply in this matter.  As soon

9  as the reply is filed, the case will be re-assigned.

10          This case raises numerous complex legal and factual issues.  Due to defense counsel's

11  workload and other work commitments, Defendants need additional time to properly address

12  those issues.  Defendants, therefore, seek an additional seven days to file a reply.

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

27

28

---

    1.  Effective July 1, 2006, the habeas team will no longer be a part of the Correctional Law Section.  The habeas team will become the Correctional Writs and Appeals Section, handling only habeas litigation.

1    Accordingly, the parties stipulate to extending the date in which Defendants may file a

2    reply to the Plaintiff's opposition to Defendants' motion for summary judgment to July 5, 2006[2].

3    **IT IS SO STIPULATED.**

4

5    Dated:    June 22, 2006                    */s/ Maria G. Chan*

6                                               MARIA G. CHAN
                                                Deputy Attorney General
7                                               Attorney for Defendants

8

9    Dated:    June 22, 2006                    */s/ Alison E. Chase*

10                                              ALISON E. CHASE
                                                O'Melveny & Myers LLP
11                                              Attorney for Plaintiff

12   IT IS SO ORDERED.

13   **Dated:    June 27, 2006**                      /s/ Lawrence J. O'Neill

14   b9ed48                                     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27
   _____
28   2.  The seventh day is on July 4, 2006, which is a holiday.  Therefore, the reply will be due
     on July 5, 2006.

*Stipulation*

3