# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD JACKSON, | CV F 98 5723 AWI LJO P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION REQUESTING PLAINTIFF BE PLACED ON THE COURT MAILING LIST |
| TOM CAREY, et. al., | (Doc. 156.) |
| Defendants. | |

Charles Edward Jackson ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 5, 2006, Plaintiff filed a pleading titled "Motion Request To Be Placed Back On The Court Mailing List." Plaintiff states that he wishes the Court provide him with a "case update" and that he be placed back on the mailing list. Plaintiff states that the law firm of O'Melveny and Myers was appointed by the 9th Circuit.

According to the Court Docket, the law firm of O'Melveny and Myers is Counsel for Plaintiff. Although the Court did not appoint counsel in this case, that does not preclude Plaintiff from obtaining representation on his own, even if that representation stems from an Order of the Ninth Circuit. In this case, Counsel from the law firm of O'Melveny and Myers has made an appearance on behalf of Plaintiff. As such, Alison Chase is Counsel of record and

1  Plaintiff is no longer proceeding in propria persona and cannot file documents in his case in
2  addition to those submitted by counsel.  Should Plaintiff wish to discharge counsel, such
3  arrangement must be made between him and the attorneys representing him.  This must be done
4  without court assistance as representation has not occurred pursuant to an Order of this Court.

5      In addition, it is inappropriate for Plaintiff to file Motions seeking case updates.
6  Generally, as long as a party keeps the Court informed of his current address, he will receive all
7  Orders issued in his case.  Here, however, as Plaintiff is being represented by Counsel, his
8  attorney will receive all documents.  Unless and until Plaintiff is no longer being represented, he
9  will not be placed on the "court mailing list."  Nevertheless, Plaintiff should continue to keep the
10 Court informed of his current address.  Plaintiff is again informed that as he is being represented
11 by Counsel, he may not also litigate this action by filing his own pleadings.

12     According to the Court record, currently pending before the Court is a Motion for
13 Summary Judgment filed by Defendants.  Counsel for Plaintiff has filed an Opposition and
14 appears to be diligently representing Plaintiff's interests.  Should Plaintiff wish to consult with
15 his attorneys, he should contact Alison Chase from the law firm of O'Melveny and Myers as that
16 is the individual on record as Counsel for Plaintiff.  As noted above, however, Plaintiff may not
17 file pleadings in this action in addition to those being filed by his attorney.

18     Accordingly, the Plaintiff's Motion to be placed on the mailing list is DENIED.
19 IT IS SO ORDERED.

20 **Dated:   July 7, 2006**              /s/ Lawrence J. O'Neill
   b9ed48                                UNITED STATES MAGISTRATE JUDGE