UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TOM L. CAREY, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:98-cv-05723-AWI-GSA-PC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO THE COURT'S ORDER<br><br>THIRTY DAY DEADLINE |

Plaintiff Charles Jackson ("plaintiff") is proceeding with this prisoner civil rights action pursuant to 42 U.S.C. § 1983. The original complaint was filed on June 29, 1998. (Doc. 1.)

On October 22, 2009, a Settlement Conference was held in this action before the Honorable Gary S. Austin, United States Magistrate Judge. The case was settled, and the terms of the settlement were entered on the court's record. The parties were ordered to file dispositional documents with the District Court within twenty days. (Doc. 179.) Forty days have now passed, and the parties have not submitted dispositional documents or responded otherwise to the court's order.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of service of this order, the parties to this action shall file a written response to the court, showing cause why the court should not impose sanctions for their failure to file dispositional documents pursuant to the court's order.

IT IS SO ORDERED.

Dated: **December 1, 2009**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE