# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. JACKSON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TOM L. CAREY, et al.,<br><br>　　　　　　　Defendant.<br>_____/ | 1:98-cv-05723-AWI-GSA-PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE OF DECEMBER 2, 2009<br>(Doc. 180.) |

　　　　Plaintiff Charles Jackson ("plaintiff") is proceeding with counsel in this prisoner civil rights action pursuant to 42 U.S.C. § 1983. The original complaint was filed on June 29, 1998. (Doc. 1.)

　　　　On December 2, 2009, the undersigned issued an order to show cause, requiring the parties to this action to show cause why sanctions should not be imposed for their failure to comply with the court's order to file dispositional documents within twenty days of the October 22, 2009 Settlement Conference. (Doc. 180.) On December 10, 2009, the parties to this action filed a stipulation for voluntary dismissal of this action, pursuant to Rule 41(a)(1)(A)(ii). (Doc. 181.)

　　　　Based on the parties' filing of the stipulation for voluntary dismissal, IT IS HEREBY ORDERED that the court's order to show cause, issued on December 2, 2009, is DISCHARGED.

　　　　IT IS SO ORDERED.

　　Dated:　　**December 14, 2009**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE