# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. JACKSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TOM L. CAREY, et al.,<br><br>　　　　　　Defendant.<br>_____/ | 1:98-cv-05723-AWI-GSA-PC<br><br>ORDER DISMISSING ACTION PURSUANT TO STIPULATION OF PARTIES<br>(Doc. 181.)<br><br>ORDER FOR PARTIES TO FILE NOTICE UPON PAYMENT OF SETTLEMENT AMOUNT<br><br>ORDER DIRECTING CLERK TO CLOSE FILE |

　　　Plaintiff Charles Jackson ("plaintiff") is proceeding with counsel in this prisoner civil rights action pursuant to 42 U.S.C. § 1983. The original complaint was filed on June 29, 1998. (Doc. 1.)

　　　On October 22, 2009, a Settlement Conference was held in this action before the Honorable Gary S. Austin, United States Magistrate Judge. The case was settled, and the terms of the settlement were entered on the court's record. On December 10, 2009, the parties to this action filed a stipulation for voluntary dismissal of the action, pursuant to Rule 41(a)(1)(A)(ii). (Doc. 181.)

　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(B). "Unless the . . . stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

In the stipulation filed December 10, 2009, the parties agreed that this entire action shall be dismissed without prejudice until payment of the settlement amount, upon which the dismissal shall be with prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED in its entirety without prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, pursuant to the parties' stipulation filed on December 10, 2009;
2. Upon payment of the settlement amount, the dismissal shall be with prejudice;
3. The parties are required to file written notice with the court upon payment of the settlement amount; and
4. The Clerk of the Court is DIRECTED to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

**Dated:   December 16, 2009**           /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE